IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JORGE GAMEZ NIETO,

    Defendant.

ORDER

Case No. 14-cr-14-wmc

Defendant Jorge Gamez Nietro has filed an appeal from the judgment of conviction and sentence imposed on September 3, 2014. To date, the defendant has neither paid the $505 filing fee nor asked for leave to proceed without prepayment of fee. In the event that defendant wishes to proceed without prepayment of the filing fee, the enclosed petition and affidavit must be completed to determine whether he qualifies as indigent.

ORDER

IT IS ORDERED that defendant Jorge Gamez Nieto may have until February 18, 2015, in which to either pay the $505 appeal filing fee or to submit an affidavit of indigency and return it to the court. If defendant fails to respond to this order by February 18, 2015, the clerk's office is directed to so advise the Seventh Circuit Court of Appeals.

Entered this 28th day of January, 2015.

BY THE COURT:

/s/

William M. Conley
District Judge